STATE OF NEW YORK      )
                                                    SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 5th day of August, 2008, I served NEW YORK CITY DISTRICT COUNCIL OF THE UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA and MICHAEL J. FORDE'S **NOTICE OF REMOVAL** to the following party by depositing a true copy thereof in a post-paid wrapper, certified mail with return receipt requested and first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   John A. Sarcone, III
      The Sarcone Law Firm, PLLC
      222 Bloomingdale Road, Suite 301
      White Plains, New York 10605

                                                               RICH GAGE

Sworn to before me this
5th day of August, 2008

RAUL GARCIA
Notary Public, State of New York
No. 02GA6056458
Qualified in Kings County
Commission Expires April 2, 20 11

NOTARY PUBLIC