08  08:26   9146868988           THE SARCONE LAW FIRM                    PAGE 02/03

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 2 2 2008

# THE SARCONE LAW FIRM, PLLC
*Attorneys and Counselors at Law*

222 BLOOMINGDALE ROAD, SUITE 301
WHITE PLAINS, NEW YORK 10605

Telephone (914) 686-8200
Facsimile (914) 686-8988
E-mail: jasesq@mindspring.com

292 Madison Avenue, 20th Floor
New York, NY 10017

101 Mystic Drive
Ossining, New York 10562
(914) 260-7582

**John A. Sarcone, III**

August 22, 2008

**VIA FACSIMILE: 212-805-6304**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: DiLacio, Jr. v. NYC District Council of the
United Brotherhood of Carpenters and Joiners
in America, et al.; 08-CIV-6959

Dear Judge Crotty:

Our office represents the plaintiff, George DiLacio, in the above-captioned matter. This matter is assigned to Judge Haight. Since he is away, his chambers informed us that this application should be made to you, as the emergency judge.

We will be at the Orders & Appeals Clerk's Office for approval of an Order to Show Cause on Monday, August 25, 2008. Thereafter, we would expect to appear before Your Honor seeking an order temporarily restraining the defendant District Council from holding a trial in absentia to determine the status of our client, Mr. DiLacio, who was unlawfully dismissed as a business agent to the District Council. The trial is currently scheduled for August 25, 2008 at 6:00 p.m. The District Council has refused to adjourn it despite the fact that Mr. DiLacio is having surgery that day.

The District Council, in retaliation to Mr. DiLacio's lawsuit filed in state court and recently removed to the Southern District, has brought these charges against him to attempt to prevent him from entering the elections this fall for an officer position within the District Council. Mr. DiLacio has good and valid defenses to the charges being raised at the hearing.

---

*Handwritten memo endorsement:*

MEMO ENDORSED

The Court will consider this matter at 1 PM on Monday August 25, 2008 at Courtroom 20C. Plantiff must give notice to all interested parties and advise them that the Court will consider this matter — including any TROS — at the scheduled hearing. Failure to give such notice by phone, fax and email [by no later than Monday August 25 at 9 AM] will result in denial of the Order to Show Cause and TRO.

So ordered.
Paul Crotty
USDJ

Page 2
August 22, 2008
Judge Haight

The unlawful termination and now subsequent trial would render him completely ineligible to run for an officer position for the District Council. We intend to file opposition papers and a cross-motion in the next few weeks to the recently filed motion filed by the District Council. We therefore request a stay of the trial scheduled for August 25.

The District Council's charges are part of a larger conspiracy to eliminate Mr. DiLacio from competing for an officer's position, due to the fact that Mr. DiLacio has strong support from the rank and file, and has a real possibility of being elected to one of the positions in the District Council.

Upon information and belief, Mr. William P. Callahan of the District Council is part of this conspiracy, although he is supposed to be an independent investigator appointed by Justice Haight. We will be seeking, by a separate Order to Show Cause, the removal of Mr. Callahan.

Please advise as to whether a particular time on August 25 is better, although we must appear before the scheduled trial time of 6:00 p.m. Thank you in advance for your courtesies.

Very truly yours,

John A. Sarcone, III

JAS/esh

Cc: George DiLacio (via U.S. mail)
Gary Silverman, Esq. (via facsimile: 212-571-7124)
William P. Callahan (pro se, via facsimile: 212-366-3325)