℠AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

George Dilacio, Jr.
V.          Plaintiff

**SUMMONS IN A CIVIL ACTION**

New York District Council of
The United Brotherhood of
Carpenters + Joiners of America,
and Michael J. Forde, Personally
and William P. Callahan, Personally

CASE NUMBER: 08-CIV-6959

TO: (Name and address of Defendant)

O'Dwyer + Bernstein, LLP
Attorneys for Defendant's Forde
and District Council
52 Duane Street
New York, New York 10007

William P. Callahan
c/o United Intelligence Group, Inc.
17 Battery Place Suite 1226
New York, New York 10004-1101

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Sarcone Law Firm, PLLC,
222 Bloomingdale Road, Suite 301
White Plains, New York 10605

ATTN: John A. Sarcone, III

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 5 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-25-08 |
| NAME OF SERVER *(PRINT)* John A. Sarcone III | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served on Councel for defendants Forbe and District Counsel by consent and served on defendant Callahan upon David Maldanado who accepted service on Callahans behalf and waived service by mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-25-08
_____
Date

Signature of Server

The Sarcone Law Firm PLLC
222 Bloomingdale Road Suite 301
White Plains NY 10605.

Address of Server
914 686 8200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.